UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

KRISTY DELOIS BEAN,

    Plaintiff,

v.                                                    No. 5:24-CV-123-H

DONOVAN DRAKE LOCKE, et al.,

    Defendants.

### ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed with prejudice. Dkt. No. 15. The FCR concludes that *Heck v. Humphrey*, 512 U.S. 477 (1994), bars the plaintiff's Fourth Amendment claim against Officer Locke. *Id.* at 4–6. Therefore, the FCR explains, the plaintiff's failure-to-train claim against Chief Rushin is not viable. *Id.* at 6–7. No objections were filed, and the plaintiff has taken no action in this case since April 22, 2025. *See* Dkt. No. 14.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendants are dismissed with prejudice to their being asserted again until the *Heck* conditions are met. The plaintiff's pending motion for appointment of counsel (Dkt. No. 13) is denied as moot.

So ordered on November 24, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

–2–